1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ISHMAEL CARTER,                                    No.  2:15-cv-0498-EFB P

12                          Plaintiff,

13           v.                                           ORDER

14    PAM AHLIN,

15                          Defendant.

16

17           Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis.  In the complaint, plaintiff

19    alleges that his conditions of confinement are unconstitutional and that defendant Ahlin violated

20    his civil rights.[1]  Plaintiff is confined to Coalinga State Hospital, which is in Fresno, California.

21    Fresno County is in the Fresno Division of the United States District Court for the Eastern

22    District of California, and this action should have been commenced there.  E.D. Cal. Local Rule

23    120(d).  Where a civil action has not been commenced in the proper division of a court, the court

24    may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

25    _____

26           [1] Apart from the named defendants, this complaint is one of a number of virtually
      identical actions that have been filed in or transferred to the Fresno Division of the United States
27    District Court for the Eastern District of California.  *See, e.g., Klein v. King*, No. 1:14-cv-1440-
      MJS (E.D. Cal.); *Jones v. Allenby*, No. 1:15-cv-0070-JLT (E.D. Cal.); *Mack v. Allenby*, No.1:15-
28    cv-0020-LJO-MJS (E.D. Cal.).

                                                        1

1       Accordingly, it is hereby ordered that:

2      1.  This action is transferred to the Fresno Division.

3      2.  The Clerk of Court shall assign a new case number.

4      3.  All future filings shall bear the new case number and shall be filed at:

5

6        United States District Court
       Eastern District of California

7        2500 Tulare Street
       Fresno, CA 93721

8  DATED:  March 25, 2015.

9

10        _____
       EDMUND F. BRENNAN

11        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28